## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | |
| | Case No. 0:13-cv-03457-PAM-JJG |
| Plaintiff, | |
| | **DEFENDANT'S MOTION TO** |
| v. | **DISMISS** |
| | |
| EMBRACE HOME LOANS, INC., | |
| | |
| Defendant. | |

_____

Defendant Embrace Home Loans hereby moves the Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint with prejudice. Defendant relies upon all of the files, records, and proceedings herein, as well as a memorandum of law and supporting declaration filed herewith.

| | |
|---|---|
| Date: March 7, 2014 | s/Todd A. Noteboom_____ |
| | Todd A. Noteboom (#240047) |
| | W. Anders Folk (#0311388) |
| | Sharon R. Markowitz (# 0392043) |
| | STINSON LEONARD STREET LLP |
| | 150 South Fifth Street, Suite 2300 |
| | Minneapolis, Minnesota 55402 |
| | Telephone: 612-335-1500 |
| | Fax: 612-335-1657 |
| | E-Mail: todd.noteboom@stinsonleonard.com |
| | E-Mail: anders.folk@stinsonleonard.com |
| | E-Mail: sharon.markowitz@stinsonleonard.com |
| | |
| | **ATTORNEYS FOR DEFENDANT EMBRACE HOME LOANS, INC.** |

100163299v1